## (October 14, 1941.)

In the Matter of Supplementary Proceedings: PROHINSIE MOTOR SALES, INC., Judgment Creditor, v. GEORGE W. CORNELL, Judgment Debtor. WILLIAM H. CORNELL, Assignee of Judgment Debtor, and Others, Appellants; SIDNEY SCHWACH, as Receiver, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEVERLY W. SMITH and Others, Respondents, v. ALBERT P. LOENING and Others, Constituting the Board of Trustees of the Village of Southampton, New York, and Others, Appellants.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

WILLIAM J. RAGUE, Respondent, v. STATEN ISLAND COACH COMPANY, INC., Appellant.— Motion to amend decision [see ante, p. 860] and for other relief denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

ESTHER BADER, Appellant, v. NYACK BUICK CO., INC., Respondent.— Appeal by plaintiff, in an action to recover damages for personal injuries, from a judgment dismissing the complaint upon a direction made at the close of plaintiff's proofs on a trial before the court and a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

BERNARD BAILEY, as Guardian ad Litem of DONALD Z. BAILEY, an Infant over the Age of Fourteen Years, and BERNARD BAILEY, Appellants, v. SAMUEL SANTAY and BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT NO. 23, TOWN OF HEMPSTEAD, NASSAU COUNTY, NEW YORK, Respondents.— Order, on reargument, in so far as appealed from, denying the plaintiffs-appellants' motion to set aside the verdict, unanimously affirmed, with costs. Before the verdict was rendered, appellants' counsel was informed by the court of the action taken. By not objecting before the verdict was rendered, he waived plaintiffs' right to object thereafter. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.